**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JERMAINE DANIELS,**

        **Plaintiff,**

**-vs-**                                        **Case No. 6:05-cv-332-Orl-31KRS**

**STRATEGIC MARKETING SYSTEMS,**
**INCORPORATED and DAVID ALLEN,**

        **Defendants.**
_____

# ORDER

On September 8, 2006, Magistrate Judge Spaulding issued a Report (Doc. 41) recommending that Plaintiff's Motion for Sanctions (Doc. 31) be granted. Defendants have not responded to the Report. Accordingly, it is

**ORDERED** that:

    1.    The Report and Recommendation is CONFIRMED and ADOPTED;

    2.    Defendants Answer at Doc. 11 is hereby STRICKEN;

    3.    The Motion for Sanctions is GRANTED, and the Clerk is directed to enter default against each Defendant; and

    4.    The Plaintiff shall submit, within 10 days, a statement of the costs incurred in attending the deposition and mediation at which Allen did not appear.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 27, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE